# United States Court of Appeals for the Federal Circuit

---

**DANIEL BADER,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-2203

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01501-NBF, Senior Judge Nancy B. Firestone.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 1, 2024
Date

Jarrett B. Perlow
Clerk of Court